# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARLENE S. STEWART § Case No. 11-36470
§ Hon. CAROL A. DOYLE
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/20/2012 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARLENE S. STEWART

Case No. 11-36470
Hon. CAROL A. DOYLE
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $4,600.00
*and approved disbursements of*     $3.74
*leaving a balance on hand of* [1]     $4,596.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,596.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,150.00 | $0.00 | $1,150.00 |
| *Trustee, Expenses* ALLAN J. DeMARS | $3.95 | $0.00 | $3.95 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*   U.S. Bankruptcy Court

*Fees,*   United States Trustee

   Other

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,153.95 |
| Remaining balance: | $3,442.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for* | *, Fees* | | |
| *Attorney for* | *, Expenses* | | |
| *Accountant for* | *, Fees* | | |
| *Accountant for* | *, Expenses* | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,442.31 |

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

  [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

    Total to be paid for priority claims:   $0.00
    Remaining balance:   $3,442.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,226.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Co. | $1,105.86 | $0.00 | $462.74 |
| 2 | Department of the Treasury-IRS | $6,869.52 | $0.00 | $2,874.50 |
| 3 | American InfoSource, LP agent for US Cellular | $251.10 | $0.00 | $105.07 |

    Total to be paid for timely general unsecured claims:   $3,442.31
    Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

    Total to be paid for tardily filed general unsecured claims:   $0.00
    Remaining balance:   $0.00

UST Form 101-7-NFR (10/1/2010)

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$10,580.51___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0__ percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury-IRS | $10,580.51 | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                              Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-36470-CAD
Marlene S Stewart                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: Feb 21, 2012
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2012.
db         +Marlene S Stewart,    424 W. 127th Street,    Chicago, IL 60628-7139
17766618   +AT&T Uverse,    PO Box 5014,   Carol Stream, IL 60197-5014
18373178    American InfoSource LP as agent for US Cellular,    PO Box 248838,    Oklahoma City, OK   73124-8838
17766619   +Chgo Dept of Water,    PO Box 6330,   Chicago, IL 60680-6330
17766621   +Credit One Bank,    Bank Card Center,   P.O. Box 98873,    Las Vegas, NV 89193-8873
17766622   +Direct TV,    c/o Allied Interstate,   P.O. Box 2455,    Chandler, AZ 85244-2455
17766623    Dish Network,    Dept. 0063,   Palatine, IL 60055-0063
17766624   +EMC Mortgage,    P.O. Box 619063,   Dallas, TX 75261-9063
17766627   +FMS, Inc.,    4915 S. Union,   Tulsa, OK 74107-7839
17766626   +First Premier Bank,    PO Box 5529,   Sioux Falls, SD 57117-5529
17766628   +HSBC,   Card Services,    PO Box 17051,   Baltimore, MD 21297-1051
17766629   +Illiana Financial CU,    1163 E Ogden Ave, Suite 711,    Naperville, IL 60563-8312
17766632    Peoples Energy,    Bill Payment Center,   Chicago, IL 60687-0001
17766633   +Pronger-Smith Medical Associates,    2320 W. High St,    Blue Island, IL 60406-2492
17766634   +St Francis Hospital,    12935 South Gregory,    Blue Island, IL 60406-2470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17766617    +E-mail/Text: mslapa@acmecontinentalcu.com Feb 22 2012 08:18:21      Acme Continental Credit Union,
              13601 S. Perry Ave,    Riverdale, IL 60827-1655
17766620    +E-mail/Text: legalcollections@comed.com Feb 22 2012 08:18:19      ComEd,   Bill Payment Center,
              Chicago, IL 60668-0001
17864160    +E-mail/Text: legalcollections@comed.com Feb 22 2012 08:18:19      Commonwealth Edison Company,
              3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dept.
17766630    +E-mail/Text: cio.bncmail@irs.gov Feb 22 2012 08:18:15      Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
17766625    +E-mail/Text: bknotice@erccollections.com Feb 22 2012 08:18:21      Enhanced Recovery Corporation,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17766631    +E-mail/PDF: cr-bankruptcy@kohls.com Feb 22 2012 08:27:48      Kohls,   PO Box 2983,
              Milwaukee, WI 53201-2983
17766635    +Fax: 866-419-3894 Feb 22 2012 08:27:47      US Cellular,   Dept 0203,    Palatine, IL 60055-0001
17766636    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 22 2012 08:27:47      Verizon Wireless,
              1515 Woodfield Rd, Ste 1400,    Schaumburg, IL 60173-5443
                                                                                              TOTAL: 8

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                     **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Feb 21, 2012
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Edwin L Feld    on behalf of Debtor Marlene Stewart notice@edfeldlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 3